Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL II

| | | |
|---|---|---|
| LUNA RESIDENTIAL III, LLC<br><br>Recurridos<br><br>v.<br><br>ROBERTO RUIZ LÓPEZ, LOURDES LÓPEZ GALARZA Y LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA POR AMBOS<br><br>Peticionarios | KLCE202301135 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de Caguas<br><br>Caso número: E CD2015-0903<br><br>Sobre: Cobro de Dinero y Ejecución de Hipoteca |

Panel integrado por su presidente, el juez Bermúdez Torres, el juez Adames Soto y la juez Aldebol Mora.

Aldebol Mora, Juez Ponente

# **R E S O L U C I Ó N**

En San Juan, Puerto Rico, a 27 de noviembre de 2023.

Examinada la *Petición de Certiorari*[1] instada el 13 de octubre de 2023, por Roberto Ruiz López, Lourdes López Galarza y la Sociedad Legal de Gananciales compuesta por ambos, resolvemos que procede abstenernos de ejercer nuestra función revisora, por lo que denegamos la expedición del auto de *certiorari.* Véase, Regla 52.1 de Procedimiento Civil, 32 LPRA Ap. V, R. 52.1, y Regla 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 40. Ello, sin perjuicio de que, en su momento, cualquier planteamiento de derecho sea presentado nuevamente en la apelación, si alguna, que pueda instar la parte peticionaria.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] La parte peticionaria acudió ante nos y solicitó que revisáramos la *Resolución* del Tribunal de Primera Instancia, emitida el 24 de agosto de 2023, notificada el 13 de septiembre de 2023, mediante la cual denegó una solicitud de sentencia sumaria promovida por la parte recurrida, Luna Residential III, LLC.

Número Identificador

RES2023 _____